```
FILED
June 10, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRIAN ROBINSON, )<br>)<br>Defendant. ) | Case No. 2:15-mj-00121-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, BRIAN ROBINSON, Case No. 2:15-mj-00121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $200,000.00

  _X_   Co-Signed Unsecured Appearance Bond ($50,000.00)

  _X_   Secured Appearance Bond ($150,000.00)

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) The Defendant was ordered to appear in the District of Nebraska on 6/24/2015 at 1:30 p.m. The Court further ordered the secured bond paperwork to be filed by 7/10/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _6/10/2015_ at _3:08 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge